UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

NICOLE HOPKINS,

    Plaintiff,

v.

NORTHSTAR ANESTHESIA and
DETROIT MEDICAL CENTER,

    Defendants.

Case No. 22-12858
Hon. Linda V. Parker

---

| | |
|---|---|
| BATEY LAW FIRM, PLLC<br>Scott P. Batey (P54711)<br>Attorney for Plaintiff<br>30200 Telegraph Road, Suite 400<br>Bingham Farms, MI  48025<br>(248) 540-6800<br>sbatey@bateylaw.com | JACKSON LEWIS P.C.<br>Gillian P. Yee (P68972)<br>Attorneys for Defendant NorthStar<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900<br>gillian.yee@jacksonlewis.com<br><br>HICKEY, HAUCK, BISHOFF,<br>JEFFERS & SEABOLT, PLLC<br>Patrick F. Hickey (P36648)<br>Stefanie R. Reagan (P80334)<br>Benjamin I. Shipper (P77558)<br>Attorneys for Defendant DMC<br>One Woodward Avenue, Suite 2000<br>Detroit, MI  48226<br>(313) 964-8600<br>phickey@hhbjs.com<br>sreagan@hhbjs.com<br>bshipper@hhbjs.com |

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT ATTORNEYS' FEES OR COSTS**

Upon stipulation of Plaintiff Nicole Hopkins, Defendant NorthStar Anesthesia

of Michigan, PLLC (identified by Plaintiff in the Complaint as "NorthStar Anesthesia"), and Defendant VHS of Michigan, Inc., d/b/a Detroit Medical Center ("DMC"), by and through their respective counsel, and the Court being fully advised of the premises;

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without attorneys' fees or costs to any party.

**IT IS SO ORDERED.**

                                                                         s/ Linda V. Parker
                                                                        LINDA V. PARKER
                                                                         U.S. DISTRICT JUDGE

Dated: May 15, 2024

Respectfully submitted,

| BATEY LAW FIRM, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Scott P. Batey (w/consent) | /s/ Gillian P. Yee |
| Scott P. Batey (P54711) | Gillian P. Yee (P68972) |
| Attorney for Plaintiff | Attorneys for Defendant NorthStar |
| 30200 Telegraph Road, Suite 400 | 2000 Town Center, Suite 1650 |
| Bingham Farms, MI  48025 | Southfield, MI  48075 |
| (248) 540-6800 | (248) 936-1900 |
| sbatey@bateylaw.com | gillian.yee@jacksonlewis.com |

HICKEY, HAUCK, BISHOFF,
JEFFERS & SEABOLT, PLLC

/s/ Stefanie R. Reagan (w/consent)
Patrick F. Hickey (P36648)
Stefanie R. Reagan (P80334)
Benjamin I. Shipper (P77558)
Attorneys for Defendant DMC
One Woodward Avenue, Suite 2000
Detroit, MI  48226
(313) 964-8600
phickey@hhbjs.com
sreagan@hhbjs.com
bshipper@hhbjs.com

3